# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Schmitz, Jason — Bky: 26-41230

Debtor. — Chapter 13

---

## ORDER

This matter came before the Court upon the Notice of Objection and Motion Objecting to the Proof of Claim Number 10 filed by Melissa Lynn Brasel. Appearances, if any, were noted on the record. Based on the motion and the file, records and proceedings herein,

IT IS ORDERED:

1. The Debtor's Objection to Melissa Lynn Brasel's proof of claim is sustained insofar as it claimed priority status;
2. The claim amount set forth in Melissa Lynn Brasel, Proof of Claim, Number 10, in the amount of $11,919.89 is hereby allowed as a general unsecured non-priority claim without prejudice if the Court awards a different amount subsequently.

BY THE COURT:

Dated: *July 28, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge