# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Schmitz, Jason — Bky: 26-41230

Debtor. — Chapter 13

## ORDER

This matter came before the Court upon the Notice of Objection and Motion Objecting to the Proof of Claim Number 10 filed by Melissa Lynn Brasel. Appearances, if any, were noted on the record. Based on the motion and the file, records and proceedings herein,

IT IS ORDERED:

1. The Debtor's Objection to Melissa Lynn Brasel's proof of claim is sustained insofar as it claimed priority status;

2. The claim amount set forth in Melissa Lynn Brasel, Proof of Claim, Number 10, in the amount of $11,919.89 is hereby allowed as a general unsecured non-priority claim without prejudice if the Court awards a different amount subsequently.

BY THE COURT:

Dated: *July 28, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman

United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

In re:
Jason William Schmitz
Debtor

Case No. 26-41230-MAB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin 
Date Rcvd: Jul 28, 2026 Form ID: pdf222 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Jason William Schmitz, 10100 96th Ave N, Maple Grove, MN 55369-3807 |
| intp | + | Melissa Brasel, 677 Roberts Road, Sartell, MN 56377-2626 |
| 63636618 | + | Arlen Schmitz, 10100 96th Ave N, Maple Grove, MN 55369-3807 |
| 63636619 | | Brasel, Melissa Lynn, 677 Roberts Rd, Sartell, MN 56377-2626 |
| 63636625 | + | Lori L. Ahtmann, 1010 W St. Germain Ste 420, Saint Cloud, MN 56301-4398 |
| 63657212 | | Melissa Lynn Brasel, 677 Roberts Rd, Sartell, MN 56377-2626 |
| 63636628 | + | Ortner & Bofferding LLC, 711 Smith Ave S, Saint Paul, MN 55107-3431 |
| 63636630 | + | Scott Lewis Law Firm, 5775 Wayzata Blvd Suite 700, Minneapolis, MN 55416-1233 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: rb_bank@riezmanberger.com | Jul 28 2026 21:33:00 | Transform Credit Inc., d/b/a Together Loans, c/o Riezman Berger, P.C., 7700 Bonhomme Avenue, 7th Floor, St. Louis, MO 63105-1960 |
| 63640985 | + | Email/Text: famc-bk@1stassociates.com | Jul 28 2026 21:33:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 63690282 | + | Email/Text: bkattorneynotices@gmail.com | Jul 28 2026 21:33:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 63636620 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:42:46 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 63641899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:42:40 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 63636622 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 28 2026 21:42:41 | FST Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 63690283 | + | Email/Text: opportunitynotices@gmail.com | Jul 28 2026 21:33:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 63636621 | | Email/Text: opportunitynotices@gmail.com | Jul 28 2026 21:33:00 | Finwise/OPP Loans, 130 E Randolph St Ste 3400, Chicago, IL 60601-6379 |
| 63636623 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2026 21:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63636624 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:42:35 | JPMorgan Chase Auto, P. O. Box 901098, Fort Worth, TX 76101-2098 |
| 63636626 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:42:35 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 63660666 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:42:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 63640989 | + | Email/Text: famc-bk@1stassociates.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 28 2026 21:33:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 63666199 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2026 21:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 63636627 | + | Email/Text: mdor.bkysec@state.mn.us | Jul 28 2026 21:33:00 | Minnesota Department of Revenue, 551 Bkcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| 63646132 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2026 21:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 63636629 | + | Email/Text: collectionsupportspecialists@rcu.org | Jul 28 2026 21:33:00 | Royal Credit Union, Po Box 970, Eau Claire, WI 54702-0970 |
| 63636631 | | Email/Text: bankruptcy@springoakscapital.com | Jul 28 2026 21:33:00 | Spring Oaks Capital, 1400 Crossways Blvd Ste 100B, Chesapeake, VA 23320 |
| 63655473 | | Email/Text: bankruptcy@springoakscapital.com | Jul 28 2026 21:33:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 63636632 | | Email/Text: collections@transformcredit.com | Jul 28 2026 21:33:00 | Together Loans, 1440 W Taylor St # 431, Chicago, IL 60607-4623 |
| 63639914 | | Email/Text: collections@transformcredit.com | Jul 28 2026 21:33:00 | Together Loans, 1449 South Michigan Ave STE13304, Chicago, IL 60605 |
| 63636633 | + | Email/Text: curtwalkerbky@gmail.com | Jul 28 2026 21:33:00 | Walker & Walker Law Offices, PLLC, 4356 Nicollet Ave, Minneapolis, MN 55409-2033 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Anderson | on behalf of Debtor 1 Jason William Schmitz curtwalkerbky@gmail.com walkerwalkerlawofficespllc@jubileebk.net |
| Ethan J. Mustonen | on behalf of Debtor 1 Jason William Schmitz curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |

Kathryn A Klein
on behalf of Creditor Transform Credit Inc. d/b/a Together Loans mn_bank@riezmanberger.com, riezmanberger@gmail.com;rbadmin@ecf.courtdrive.com

Sam Calvert
on behalf of Plaintiff Melissa Brasel calcloud@gmail.com calcloud1@gmail.com;CalvertLawOffice@jubileebk.net;calvertcmecf@outlook.com;calvert1cmecf@outlook.com

Sam Calvert
on behalf of Interested Party Melissa Brasel calcloud@gmail.com calcloud1@gmail.com;CalvertLawOffice@jubileebk.net;calvertcmecf@outlook.com;calvert1cmecf@outlook.com

US Trustee
ustpregion12.mn.ecf@usdoj.gov

TOTAL: 8